UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TIM DEERINCK, an individual,
DINA DEERINCK, individual,

        Plaintiffs,

        v.

HERITAGE PLAZA MORTGAGE, INC.;
THE BANK OF NEW YORK MELLON,
N.A. F/K/A THE BANK OF NEW YORK,
N.A., AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF
COUNTRYWIDE ALTERNATIVE LOAN
TRUST 2006-8T1; MORTGAGE
ELECTRONIC SYSTEMS, INC.; BANK
OF AMERICA CORPORATION D/B/A
BAC HOME LOANS SERVICING LP;
and DOES 1-100, inclusive,

        Defendants.
_____/

NO. CIV. 2:11-1735 WBS EFB

ORDER OF RECUSAL

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in Amstadter v. Bank of America, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

        IT IS THEREFORE ORDERED that the Clerk of the Court

1

reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.  All dates pending before the undersigned are hereby vacated.

DATED:  June 29, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE