David S. Reidy (SBN 225904)
dreidy@reedsmith.com
Molly T. Zapala (SBN 245985)
mzapala@reedsmith.com
Andrew Amoroso (SBN 274673)
aamoroso@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (erroneously sued as "Bank of America Corporation d/b/a BAC Home Loans Servicing LP"); Mortgage Electronic Registration Systems, Inc., and The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York, N.A., As Trustee For The Certificateholders of Countrywide Alternative Loan Trust 2006-8TI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DEERINCK, an individual, DINA DEERINCK, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, N.A., AS TRUSTEE FOR THE CERTIFICATHOLDERS OF COUNTRYWIDE ALTERNATIVE LOAN TRUST 2006-8TI; BANK OF AMERICA CORPORATION D/B/A BAC HOME LOANS SERVICING LP; and DOES 1-100, inclusive,<br><br>Defendants. | Case 2:11-cv-01735-MCE-EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:            June 28, 2012<br>Time:           2:00 p.m.<br>Courtroom:   7<br><br>Compl. Filed:   06/28/11<br>First Amended Compl. Filed:  04/18/12<br><br>Honorable Morrison C. England, Jr. |

On May 11, 2012, Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (erroneously sued as "Bank of America Corporatioin d/b/a BAC Home Loans Servicing, LP), Mortgage Electronic Registration Systems, Inc., and the Bank of New York Mellon Trust Company, N.A. f/k/a the Bank of New York, N.A., as Trustee for the Certificateholders of Countrywide Alternative Loan Trust 2006-8TI ("Defendants") requested permission from the Court to appear telephonically at the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, set for June 28, 2012, at 2:00 p.m., in this courtroom.  Upon consideration of the request and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

Defendants' request to appear telephonically at the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is **GRANTED.**  Counsel for Defendants shall contact the court clerk to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT