David S. Reidy (SBN 225904)
dreidy@reedsmith.com
Molly T. Zapala (SBN 245985)
mzapala@reedsmith.com
Andrew Amoroso (SBN 274673)
aamoroso@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:   +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (erroneously sued as "Bank of America Corporation d/b/a BAC Home Loans Servicing LP"); Mortgage Electronic Registration Systems, Inc., and The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York, N.A., As Trustee For The Certificateholders of Countrywide Alternative Loan Trust 2006-8TI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DEERINCK, an individual, DINA DEERINCK, individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, N.A., AS TRUSTEE FOR THE CERTIFICATHOLDERS OF COUNTRYWIDE ALTERNATIVE LOAN TRUST 2006-8TI; BANK OF AMERICA CORPORATION D/B/A BAC HOME LOANS SERVICING LP; and DOES 1-100, inclusive,<br><br>Defendants. | Case 2:11-cv-01735-MCE-EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:              June 28, 2012<br>Time:             2:00 p.m.<br>Courtroom:    7<br><br>Compl. Filed:   06/28/11<br>First Amended Compl. Filed:  04/18/12<br><br>Honorable Morrison C. England, Jr. |

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

On May 11, 2012, Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (erroneously sued as "Bank of America Corporatioin d/b/a BAC Home Loans Servicing, LP), Mortgage Electronic Registration Systems, Inc., and the Bank of New York Mellon Trust Company, N.A. f/k/a the Bank of New York, N.A., as Trustee for the Certificateholders of Countrywide Alternative Loan Trust 2006-8TI ("Defendants") requested permission from the Court to appear telephonically at the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, set for June 28, 2012, at 2:00 p.m., in this courtroom. Upon consideration of the request and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

Defendants' request to appear telephonically at the hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is **GRANTED.** Counsel for Defendants shall contact the court clerk to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT