# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM DEERINCK, an individual, DINA DEERINCK, individual, | CASE NUMBER: **11-CV-01735-MCE (EFB)** |
| Plaintiffs, vs. | |
| HERITAGE PLAZA MORTGAGE, INC.; THE BANK OF NEW YORK MELLON, N.A. F/K/A THE BANK OF NEW YORK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF COUNTRYWIDE ALTERNATIVE LOAN TRUST 2006-8T1; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA CORPORATION D/B/A BAC HOME LOANS SERVICING LP; and Does 1 – 100, inclusive, | **ORDER RE: REQUEST FOR SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

The Court, having considered the Plaintiff's Request for Substitution of Attorney filed in conjunction with this order, orders that the Plaintiffs' Request for Substitution of Attorney is GRANTED.

IT IS SO ORDERED.

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE